UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Andrew Steadman, | Civil File No. 14-CV-03442 (MJD/JSM) |
| Plaintiff, | **DEFENDANTS TOM ROY, CAROL KRIPPNER, THOMAS PECKSKAMP, AND STATE OF MINNESOTA'S MOTION TO DISMISS** |
| vs. | |
| Tom Roy, et al., | |
| Defendants. | |

TO: Frederick J. Goetz, Goetz & Eckland P.A., 43 Main Street S.E., Suite 505, Minneapolis, Minnesota 55414

Defendants Tom Roy, Carol Krippner, Thomas Peckskamp, and the State of Minnesota ("Defendants") move the Court for an order dismissing all claims against Defendants in Plaintiff Mark Andrew Steadman's Complaint. The Complaint fails to state a claim upon which relief may be granted. This motion is based on Fed. R. Civ. P. 12, the accompanying memorandum, and the pleadings filed with this Court.

Dated: October 21, 2014

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

s/ **Lindsay K. Strauss**
Lindsay K. Strauss
Assistant Attorney General
Atty. Reg. No. 0395688
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 757-1404
Fax: (651) 297-4139
lindsay.strauss@ag.state.mn.us
ATTORNEY FOR DEFENDANTS ROY, KRIPPNER, PECKSKAMP, AND STATE OF MINNESOTA