

# GOETZ & ECKLAND
### CIVIL LITIGATION AND CRIMINAL DEFENSE

June 10, 2015

The Honorable Janie S. Mayeron                          **VIA E-FILE AND U.S. MAIL**
Magistrate Judge, District of Minnesota
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

   Re: Mark Andrew Steadman v. Tom Roy, et al
     Case No. 14-CV-03442 (MJD/JSM)

Dear Judge Mayeron:

  This letter is to advise the Court that the parties have reached a settlement in the above-referenced case. I therefore request that the Pretrial Conference scheduled for July 16, 2015 be stricken. Settlement documents are in the process of being prepared and will be filed shortly.

      Sincerely,

      GOETZ & ECKLAND P.A.

      By: _____
        Frederick J. Goetz

FJG/arl
cc:  Lindsay K. Strauss
   Mark Steadman

---