UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARK ANDREW STEADMAN,   CIVIL NO. 14-3442 (MJD/JSM)

    Plaintiff,

v.   ORDER

TOM ROY, et al.,

    Defendants.

The Court has been advised by counsel that the above matter has been settled. Therefore, the pretrial conference scheduled before the undersigned for July 16, 2015 is canceled. The parties shall file their Stipulation of Dismissal on or before July 3, 2015 and email a proposed Order regarding that Stipulation to Chief Judge Michael J. Davis.

Dated:   June 11, 2015

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge