UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Andrew Steadman, | Civil File No. 14-CV-03442 (MJD/JSM) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Tom Roy, et al., | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Mark Andrew Steadman, and Defendants Tom Roy, Carol Krippner, Thomas Peckskamp, and State of Minnesota that the above-entitled matter, together with all causes of action and claims that were or that might have been alleged therein, is dismissed on the merits and with prejudice, and without award of attorney fees, costs, or disbursements to any party. The parties request that the Court issue the attached proposed order at this time without further notice to the parties.

| | |
|---|---|
| Dated:  June 24, 2015 | OFFICE OF THE ATTORNEY GENERAL<br>State of Minnesota<br><br>**s/ Lindsay K. Strauss**<br>LINDSAY K. STRAUSS<br>Assistant Attorney General<br>Atty. Reg. No. 0395688<br><br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101-2127<br>Telephone:  (651) 757-1404<br>Fax:  (651) 297-4139<br>lindsay.strauss@ag.state.mn.us<br><br>*ATTORNEY FOR DEFENDANTS ROY, KRIPPNER, PECKSKAMP, AND STATE OF MINNESOTA* |
| Dated:  June 16, 2015 | GOETZ & ECKLAND P.A.<br><br>**s/ Frederick J. Goetz**<br>FREDERICK J. GOETZ<br>Atty. Reg. No. 185425<br>Exposition Hall at Riverplace<br>43 Main Street S.E., Suite 505<br>Minneapolis, MN 55414<br>(612) 874-1552<br>fgoetz@goetzeckland.com<br><br>*ATTORNEY FOR PLAINTIFF MARK ANDREW STEADMAN* |