UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Andrew Steadman,   Civil File No. 14-CV-03442 (MJD/JSM)

    Plaintiff,

    vs.   **ORDER OF DISMISSAL WITH PREJUDICE**

Tom Roy, et al.,

    Defendants.

Based upon the Stipulation for Dismissal with Prejudice [Doc. #56] submitted by the parties to this matter,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice and without award of attorney fees, costs, or disbursements to any party. Defendant Joseph Jacobs was dismissed by order of the Court with prejudice on November 25, 2014. LET JUDGMENT BE ENTERED.

Dated: July 2, 2015              s/Michael J. Davis
                                           MICHAEL J. DAVIS
                                           United States District Court